# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

## No. 99-40670
### Summary Calendar

_____

### UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

### CECILIO ISIDRO HERNANDEZ-CASTILLO,

Defendant-Appellant.

_____

### Appeal from the United States District Court
### for the Southern District of Texas
### (B-98-CR-520-1)
_____

March 2, 2000

Before SMITH, BARKSDALE, and PARKER, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Cecilio Isidro Hernandez-Castillo (convicted, on a guilty plea, for illegal reentry) has moved for leave to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738 (1967). Hernandez-Castillo did *not* respond to the motion to withdraw. Our independent review of counsel's brief and the record discloses *no* nonfrivolous issue. Accordingly, the motion for leave to withdraw is **GRANTED**, counsel is excused from further responsibilities herein, and the appeal is **DISMISSED**. *See* 5TH CIR. R. 42.2.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

*DISMISSED*

2